# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**OCTAVIA JERMAINE WINTERS**                                          **PLAINTIFF**

**v.**                                          **CAUSE NO. 1:25CV134-LG-BWR**

**HARRISON COUNTY, MISSISSIPPI, et al.**                                          **DEFENDANTS**

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

**BEFORE THE COURT** are the [42] Report and Recommendations concerning Brandon Bang's [32] Motion to Dismiss and Octavia Winters' [34] Motion for Default Judgment as well as the [43] Report and Recommendations concerning Octavia Winters' [35, 40] Motions to Amend, and [41] Motion for Writ of Habeas Corpus, to Amend Complaint, and to Appoint Counsel.  Winters did not file an objection to either Report and Recommendations by the deadline.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it.  *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").  In such cases, the Court need only satisfy itself that there is no clear error on the face of the record.  *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).  Having conducted the required review, the Court finds that the Reports and Recommendations are neither clearly erroneous nor contrary to law.

For the reasons stated in the [42] Report and Recommendation, the Court finds as follows: Brandon Bang's [32] Motion to Dismiss all claims with prejudice is granted.  Winters' [34] Motion for Default Judgment as to Brandon Bang is denied. Winters' [35] Motion to Amend the Complaint is granted to the extent that he will be permitted to add a wrongful incarceration claim against the existing defendants and denied in all other respects.  Winters' second [40] Motion to Amend the Complaint is granted to the extent that he wishes to add Deputy Warden Elaine Lege as a defendant and denied in all other respects.  Winters' [41] Motion for Writ of Habeas Corpus is denied without prejudice to his ability to file a separate petition for writ of habeas corpus under 28 U.S.C. § 2241 if he so chooses.  Winters' third [41] Motion to Amend the Complaint is granted to the extent that he wishes to add Captain McCabe as a defendant, and denied in all other respects.  Winters' [41] Motion to Appoint Counsel is denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [42] Report and Recommendations is **ADOPTED** as the opinion of the Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [43] Report and Recommendations is **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Brandon Bang's [32] Motion to Dismiss is **GRANTED**.  All of Winters' claims against Brandon Bang are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Octavia Jermaine Winters' [34] Motion for Default Judgment as to Brandon Bang is **DENIED**.

-3-

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Octavia Jermaine Winters' [35, 40, 41] Motions to Amend the Complaint are **GRANTED IN PART AND DENIED IN PART**.  Winters will be permitted to amend his complaint to add a wrongful incarceration claim against the existing defendants.  He will also be permitted to add Deputy Warden Elaine Lege and Captain McCabe as defendants. All other requests to amend are denied.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Octavia Jermaine Winters' [41] Motion for Writ of Habeas Corpus is **DENIED**, without prejudice to his ability to file a separate petition for writ of habeas corpus under 28 U.S.C. § 2241 if he so chooses.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Octavia Jermaine Winters' [41] Motion to Appoint Counsel is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 4th day of August, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE